UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:24-cv-01014-JRG-RSP

Name of party requesting extension: Noam Shazeer

Is this the first application for extension of time in this case?  ☑ Yes   ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 1/13/25

Number of days requested:  ☐ 30 days   ☐ 15 days   ☑ Other 36 days

New Deadline Date: 3/10/25   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Jennifer Parker Ainsworth
State Bar No.: 00784720
Firm Name: Wilson, Robertson & VanDeventer, P.C.
Address: 909 E Southeast Loop 323
Suite 400
Tyler, Texas 75701
Phone: 903-509-5000
Fax: 903-509-5091
Email: jainsworth@wilsonlawfirm.com

A certificate of conference does not need to be filed with this unopposed application.