IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISON

| | |
|---|---|
| A.F. on behalf of J.F., and A.R., on behalf of B.R.<br>Plaintiffs,<br>     v.<br>CHARACTER TECHNOLOGIES, INC.,<br>NOAM SHAZER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br>     Defendants, | CIVIL ACTION NO. 2:24 CV 1014<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Jennifer L. Truelove, Texas State Bar 24012906, of McKool Smith, P.C., 104 East Houston Street, Suite 300, Marshall, Texas, 75670, (903) 923-9000 [Tel], (903) 923-9099 [Fax] hereby enters an appearance as one of the attorneys for the Plaintiff, A.F., on behalf of J.F., and A.R., on behalf of B.R..

DATED: February 13, 2025

                                                    Respectfully submitted,

                                                    *s/ Jennifer Truelove*
                                                    Samuel F. Baxter
                                                    Texas State Bar No. 01938000
                                                    Email: sbaxter@mckoolsmith.com
                                                    Jennifer L. Truelove
                                                    Texas State Bar No. 24012906
                                                    Email:jtruelove@mckoolsmith.com
                                                    Kevin L. Burgess
                                                    Texas State Bar No. 24006927
                                                    Email: kburgess@mckoolsmith.com
                                                    MCKOOL SMITH, P.C.
                                                    104 E. Houston Street, Suite 300
                                                    Marshall, Texas 75670
                                                    Telephone: (903) 923-9000
                                                    Facsimile: (903) 923-9099

                                                    **ATTORNEYS FOR PLAINTIFF,**

A.F. on behalf of J.F., and A.R., on behalf of B.R.

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on February 13, 2025, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel with be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

/s/ *Jennifer L. Truelove*
Jennifer L. Truelove