IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behlf of B.R., §<br>§<br>Plaintiffs, §<br>§<br>vs. §<br>§<br>CHARACTER TECHNOLOGIES, INC; §<br>NOAM SHAZEER; DANIEL DE FREITAS §<br>ADIWARSANA; GOOGLE LLC; §<br>ALPHABET INC. §<br>Defendants, | CIVIL ACTION NO. 2:24-CV-1014<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Samuel F. Baxter, Texas State Bar 01938000, of McKool Smith, P.C., 104 East Houston Street, Suite 300, Marshall, Texas, 75670, (903) 923-9000 [Tel], (903) 923-9099 [Fax] hereby enters an appearance as one of the attorneys for the Plaintiffs, A.F., on behalf of J.F., and A. R., on behalf of B.R.,in the above numbered and entitled cause.

DATED: February 13, 2025

          Respectfully submitted,

          *s/ Samuel F. Baxter*
          Samuel F. Baxter
          Texas State Bar No. 01938000
          Email: sbaxter@mckoolsmith.com
          Jennifer L. Truelove
          Texas State Bar No. 24012906
          Email:jtruelove@mckoolsmith.com
          MCKOOL SMITH, P.C.
          104 E. Houston Street, Suite 300
          Marshall, Texas 75670
          Telephone: (903) 923-9000
          Facsimile: (903) 923-9099

          **ATTORNEYS FOR PLAINTIFFS,**

                                              **A.F., on behalf of J.F., and A.R., on behalf of B.R.**

## CERTIFICATE OF SERVICE

      I certify that counsel of record who are deemed to have consented to electronic service are being served on February 13, 2025, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel with be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

                                                        */s/ Samuel F. Baxter*
                                                          Samuel F. Baxter