IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISON

| | | |
|---|---|---|
| A.F. on behalf of J.F., and A.R., on behalf of B.R. | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 2:24 CV 1014 |
| CHARACTER TECHNOLOGIES, INC., | § | |
| NOAM SHAZER; DANIEL DE FREITAS | § | |
| ADIWARSANA; GOOGLE LLC; | § | JURY TRIAL DEMANDED |
| ALPHABET INC., | § | |
| Defendants, | § | |
| | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that Radu A. Lelutiu, of McKool Smith, P.C., 1301 Avenue of the Americas, 32nd Floor 300, New York, NY 10019,  (212) 402-9400 [Tel], (212)402-9444  [Fax] hereby enters an appearance as one of the attorneys for the Plaintiff, A.F., on behalf of J.F., and A.R., on behalf of B.R..

DATED: February 14, 2025

Respectfully submitted,
*/s/ Radu A. Lelutiu*
Radu A. Lelutiu
Email: rlelutiu@mckoolsmith.com
MCKOOL SMITH, P.C.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
Samuel F. Baxter
Texas State Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
Email:jtruelove@mckoolsmith.com
Kevin L. Burgess
Texas State Bar No. 24006927
Email: kburgess@mckoolsmith.com

MCKOOL SMITH, P.C.
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099


**ATTORNEYS FOR PLAINTIFF,
A.F. on behalf of J.F., and A.R., on
behalf of B.R.**
•

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on February 14, 2025, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel with be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

/s/ *Radu A. Lelutiu*
Radu A. Lelutiu