EDTX UAET (04-2024)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

A.F., on behalf of J.F. et al.
Plaintiff

v.    Civ. No. 2:24-cv-01014-JRG-RSP

Character Technologies, Inc., et al.
Defendant

## UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension: Daniel De Freitas Adiwarsana

Date Party's answer was previously due: 03/04/2025

Date Party's answer is now due (must not exceed 45 days after original due date): 03/10/2025

Date: 02/14/2025

/s/ Andrew H. Schapiro
Full Name: Andrew H. Schapiro
State Bar No.: 6209041 (Illinois)
Address: 191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606

Phone: 312-705-7400
Fax: 312-705-7401
Email: andrewschapiro@quinnemanuel.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)