AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| A.F., on behalf of J.F., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:24-cv-01014-JRG-RSP |
| Character Technologies, Inc., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daniel De Freitas Adiwarsana.

Date: 02/14/2025

/s/ Hayden Little
*Attorney's signature*

Hayden Little (TX Bar No. 24136986)
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan, LLP
700 Louisiana Street, Suite 3900
Houston, Texas 77002

*Address*

haydenlittle@quinnemanuel.com
*E-mail address*

(713) 221-7000
*Telephone number*

(713) 221-7100
*FAX number*