# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R., <br><br> *Plaintiffs,* <br><br> v. <br><br> CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; and ALPHABET INC., <br><br> *Defendants.* | Civil Action No. 2:24-CV-01014-JRG-RSP |

## **DEFENDANT DANIEL DE FREITAS's RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Daniel De Freitas states the following:

Daniel De Freitas is a citizen of California.

DATED: March 10, 2025

Respectfully submitted,

By: /s/ Andrew H. Schapiro
    Andrew H. Schapiro

Andrew H. Schapiro (*pro hac vice*)
Lead Attorney
Illinois Bar No. 6209041
andrewschapiro@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone:   (312) 705-7400
Facsimile:   (312) 705-7401

Hayden Little
Texas Bar No. 24136986
haydenlittle@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
700 Louisiana Street, Suite 3900
Houston, Texas 77002
Telephone:   (713) 221-7000
Facsimile:   (713) 221-7100

*Attorneys for Defendant Daniel De Freitas Adiwarsana*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(c), I hereby certify that, on March 10, 2025, all counsel of record who have appeared in this case are being served with a copy of the foregoing via CM/ECF.

DATED: March 10, 2025                  /s/ Andrew H. Schapiro