UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R.,<br><br>Plaintiffs,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; and ALPHABET INC.,<br><br>Defendants. | Civil Case No. 2:24-cv-01014-JRG-RSP |

**[PROPOSED] ORDER GRANTING
DEFENDANT NOAM SHAZEER'S MOTION TO DISMISS THE COMPLAINT**

Now pending before the Court is Noam Shazeer's Motion to Dismiss. Upon consideration of the Parties' briefing, the Court **GRANTS** the Motion to Dismiss and **ORDERS** that the claims in the above-captioned Complaint asserted against Mr. Shazeer are **DISMISSED** for lack of personal jurisdiction.

**IT IS SO ORDERED**.