**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R.,<br><br><br>                    Plaintiffs,<br><br>v.<br><br><br>CHARACTER TECHNOLOGIES, INC.;<br>NOAM SHAZEER; DANIEL DE FREITAS<br>ADIWARSANA; GOOGLE LLC;<br>ALPHABET INC.,<br><br><br>                    Defendants. | Case No. 2:24-cv-01014-JRG-RSP<br><br>███████████ |

**NOTICE OF SEALED ADDITIONAL ATTACHMENTS**

Defendant Character Technologies, Inc. files the attached Declarations as additional attachments to its Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration (Dkt. 34).

Dated: March 10, 2025

Jonathan H. Blavin* (Lead Counsel)
Cal. Bar No. 230269
Victoria A. Degtyareva*
Stephanie Goldfarb Herrera*
MUNGER, TOLLES & OLSON, LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000
Jonathan.Blavin@mto.com
Stephanie.Herrera@mto.com
Victoria.Degtyareva@mto.com
*Admitted Pro Hac Vice

/s/ Melissa R. Smith
Melissa R. Smith
Texas Bar No. 24001351
GILLIAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
(903) 934-8450
melissa@gilliamsmithlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Plaintiff's counsel of record was served with a true and correct copy of the foregoing documents by electronic mail on March 10, 2025.

/s/ Melissa R. Smith
Melissa R. Smith