# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R.,<br><br>        Plaintiffs,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>        Defendants. | Case No. 2:24-cv-01014-JRG-RSP |

## CHARACTER TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Character Technologies, Inc. ("C.AI") hereby submits the following corporate disclosure statement:

1.        C.AI has no parent corporation and no publicly held corporation owns 10% or more of C.AI's shares.

2.        C.AI is a Delaware corporation with its principal place of business in San Francisco, California.

Dated: March 10, 2025

| | |
|---|---|
| Jonathan H. Blavin* (Lead Counsel)<br>Cal. Bar No. 230269<br>Victoria A. Degtyareva*<br>Stephanie Goldfarb Herrera*<br>MUNGER, TOLLES & OLSON, LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Tel: (415) 512-4000<br>Jonathan.Blavin@mto.com<br>Victoria.Degtyareva@mto.com<br>Stephanie.Herrera@mto.com<br>*Admitted Pro Hac Vice | */s/ Melissa R. Smith*<br>Melissa R. Smith<br>Texas Bar No. 24001351<br>GILLIAM & SMITH, LLP<br>303 South Washington Avenue<br>Marshall, TX 75670<br>(903) 934-8450<br>melissa@gilliamsmithlaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2025, I electronically submitted the foregoing document with the clerk of the United States District Court for the Eastern District of Texas, using the Court's CM/ECF system, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*/s/ Melissa R. Smith*
Melissa R. Smith
