UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R., <br><br> Plaintiffs, <br><br> v. <br><br> CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; and ALPHABET INC., <br><br> Defendants. | Civil Case No. 2:24-cv-01014-JRG-RSP |

## DEFENDANT NOAM SHAZEER'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), Noam Shazeer states the following:

Noam Shazeer is a citizen of California.

DATED: March 11, 2025

Respectfully submitted,

/s/ Isaac D. Chaput

Jennifer Parker Ainsworth
Texas Bar No. 00784720
WILSON, ROBERTSON & VANDEVENTER, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: 903-509-5000
Email: jainsworth@wilsonlawfirm.com

        Paul W. Schmidt* (LEAD COUNSEL)
        COVINGTON & BURLING LLP
        New York Times Building
        620 Eighth Avenue,
        New York, New York 10018-1405
        Telephone: + 1 (212) 841-1171
        Email: pschmidt@cov.com

        Isaac D. Chaput*
        COVINGTON & BURLING LLP
        Salesforce Tower
        415 Mission Street, Suite 5400
        San Francisco, California 94105-2533
        Telephone: + 1 (415) 591-7020
        Email: ichaput@cov.com

        *Admitted Pro Hac Vice

        **Counsel for Defendant Noam Shazeer**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this motion via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 11, 2025.

/s/ Isaac D. Chaput