UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R., <br><br> Plaintiffs, <br><br> v. <br><br> CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC., <br><br> Defendants. | Case No. 2:24-cv-01014-JRG-RSP |

**DEFENDANTS ALPHABET INC.'s AND GOOGLE LLC's
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Alphabet Inc. and Google LLC disclose the following: Google LLC is a wholly owned subsidiary of XXVI Holdings Inc., which is a wholly owned subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Dated: March 11, 2025

Respectfully submitted,

*/s/ Michael E. Jones*

Michael E. Jones (State Bar No. 10929400)
Shaun W. Hassett (State Bar No. 24074372)
POTTER MINTON, Professional Corporation
102 N. College, Suite 900
Tyler, Texas 75702
(903) 597-8311
mikejones@potterminton.com
shaunhassett@potterminton.com

Lauren Gallo White (PHV)
Wilson Sonsini Goodrich & Rosati
One Market Plaza, Suite 3300
San Francisco, CA 94105

1

(415) 947-2000
lwhite@wsgr.com

Fred A. Rowley, Jr. (PHV)
Matthew K. Donohue (PHV)
Wilson Sonsini Goodrich & Rosati
953 E. Third Street, Suite 100
Los Angeles, CA 90013
(323) 210-2900
fred.rowley@wsgr.com
mdonohue@wsgr.com

*Attorneys for Google LLC and Alphabet Inc.*