# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F.; and A.R., on behalf of B.R., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHARACTER TECHNOLOGIES, INC., et al. <br><br> *Defendants*. | Civil No. 2:24-cv-01014-JRG-RSP |

## ORDER

Before the Court is Plaintiffs' Motion for Extension of Time for Plaintiffs to File Opposition to Pending Motions (Dkt. Nos. 34, 38, 39, 42). **Dkt. No. 46**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Plaintiffs' deadline to respond to: (1) Defendant Character Technologies, Inc.'s Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration (Dkt. No. 34); (2) Defendant Noam Shazeer's Motion to Dismiss the Complaint for Lack of Personal Jurisdiction (Dkt. No. 38); (3) Joint Opposed Motion of Defendants Character Technologies, Inc.'s, Noam Shazeer, Daniel De Freitas Adiwarsana, Google LLC, and Alphabet Inc. to Stay Discovery Pending Motions to Compel Arbitration (Dkt. No. 39); and (4) Defendants Google LLC's. Alphabet Inc.'s, Noam Shazeer's and Daniel De Freitas's Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration (Dkt. No. 42), are hereby extended to March 31, 2025.

**SIGNED this 24th day of March, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE