**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| A.F., ON BEHALF OF J.R.; AND A.R., ON BEHALF OF B.R., <br><br> Plaintiffs, <br><br> v. <br><br> CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS; GOOGLE, LLC; AND ALPHABET INC. <br><br> Defendants. | No. 2:24-CV-1014-JRG-RSP |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION (D.I. 33, 38)**

Plaintiffs respectfully file this Unopposed Motion to Extend Plaintiffs' Deadline to File a Response (the "Response") to the Motions to Dismiss (D.I, 33, 38, the "Motions") filed by defendants Noam Shazeer and Daniel De Freitas.

On March 13, 2025, Plaintiffs asked for a two-week extension to respond to the Motions. Defendants agreed to this request on March 14, 2025, making the Response due April 7, 2025 (today). In error, however, Plaintiffs thereafter sought and obtained the Court's consent to a one-week extension only, making the Response due on March 31, 2025 (last Monday).

Due to an internal docketing mistake, Plaintiffs erroneously believed that the Response was due on April 7, 2025 (today), and did not appreciate this error until earlier today. Upon realizing their mistake, counsel for Plaintiffs promptly asked counsel for Messrs. Shazeer and De

Freitas to consent to this motion. Upon hearing Plaintiffs' explanation, counsel indicated that

Messrs. Shazeer and De Freitas do not oppose this motion.[1]

Plaintiffs apologize to the Court for their error and respectfully request leave to file the

Response after the Court-ordered deadline.

.

Dated: April 7, 2025                                    Respectfully submitted,


                                                        *s/ Samuel F. Baxter*

Radu A. Lelutiu                                          Samuel F. Baxter
rlelutiu@mckoolsmith.com                                 sbaxter@mckoolsmith.com
MCKOOL SMITH P.C.                                        Jennifer L. Truelove
1301 Avenue of the Americas                              jtruelove@mckoolsmith.com
New York, New York 10019                                 MCKOOL SMITH P.C.
(212) 402-9400                                           104 East Houston, Suite 300
Fax: (212) 402-9444                                      Marshall, Texas 75670
                                                         (903) 923-9000
                                                         Fax: (903) 923-9099
Matthew Bergman
matt@socialmediavictims.org
Laura Marquez-Garrett                                    Meetali Jain
laura@socialmediavictims.org                             meetali@techjusticelaw.org
Glenn Draper                                             TECH JUSTICE LAW PROJECT
glenn@socialmediavictims.org                             611 Pennsylvania Ave. SE #337
600 1st Avenue, Suite 102-PMB 2383                       Washington, DC 20003
Seattle, WA 98104
(206) 741-4862


                        ***ATTORNEYS FOR PLAINTIFFS***

---

[1] Messrs. Shazeer and De Freitas oppose Plaintiffs' cross-motion for jurisdictional discovery, as indicated in the certificate of conference of the Response.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 7, 2025 to counsel of record via the Court's ECF System.

*/s/ Radu A. Lelutiu*
Radu A. Lelutiu

## CERTIFICATE OF CONFERENCE

The undersigned reached out to counsel for Noam Shazeer and Daniel De Freitas to request their consent for this motion. Plaintiffs understand that Messrs. Shazeer and De Freitas do not oppose the relief sought herein.

*/s/ Radu A. Lelutiu*
Radu A. Lelutiu