# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F.; and A.R., on behalf of B.R., | § § § |
| *Plaintiff*, | § § |
| v. | §  CIVIL ACTION NO. 2:24-CV-01014-JRG-RSP |
| CHARACTER TECHNOLOGIES, INC., et al., | § § § § |
| *Defendants*. | § § |

## ORDER

Before the Court is Plaintiffs' Motion for Extension of Time for Plaintiffs to File Responses to the Motions to Dismiss for Lack of Personal Jurisdiction (Dkt. Nos. 33, 38). **Dkt. No. 52**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Plaintiffs' deadline to file their responses to Dkt. No. 33 and Dkt. No. 38 is extended until April 9, 2025.

**SIGNED this 9th day of April, 2025.**

*[signature: Roy S. Payne]*
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE