# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R., <br><br> Plaintiffs, <br><br> v. <br><br> CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC., <br><br> Defendants. | Case No. 2:24-cv-01014-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Andrew Thompson ("Tom") Gorham of Gillam & Smith LLP enters his appearance in this matter as additional counsel on behalf of Defendant Character Technologies, Inc.

Andrew Thompson ("Tom") Gorham may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 102 N. College, Suite 800, Tyler, Texas 75702; Telephone: (903) 934- 8450; Facsimile: (903) 934-9257; Email: tom@gillamsmithlaw.com.

| | |
|---|---|
| Dated: April 22, 2025 | Respectfully submitted, |
| | */s/ Andrew T. Gorham* |
| | Andrew Thompson ("Tom") Gorham |
| | State Bar No. 24012715 |
| | GILLAM & SMITH, L.L.P. |
| | 102 N. College, Suite 800 |
| | Tyler, Texas 75702 |
| | Telephone: (903) 934-8450 |
| | Facsimile: (903) 934-9257 |
| | Email: tom@gillamsmithlaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 22nd day of April 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Andrew T. Gorham*
Andrew Thompson ("Tom") Gorham