UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R.,<br><br>Plaintiffs,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>Defendants. | Case No. 2:24-cv-01014-JRG-RSP |

## ORDER

Before the Court is Defendant Character Technologies, Inc.'s Unopposed Motion to File Under Seal the Declarations of Andy Nahman and Stephanie G. Herrera in Support of Defendant Character Technologies, Inc.'s Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration. **Dkt. No. 35**. Having considered the motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED**:

**1.** The Declaration of Andy Nahman in Support of Character Technologies, Inc.'s Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration may be filed under seal.

**2.** The Declaration of Stephanie G. Herrera in Support of Character Technologies, Inc.'s Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration may be filed under seal.

**3.** Pursuant to Local Rule CV-5(a)(7)(E), Character Technologies, Inc. is ordered to file redacted versions of both declarations within seven (7) days from the date of this Order.

**SIGNED this 21st day of April, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE