IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC., <br><br> *Defendants*. | Case No. 2:24-cv-01014-JRG-RSP |

## ORDER

Before the Court is Defendant Character Technologies, Inc.'s Motion to Compel Arbitration (**Dkt. No. 34**), and Defendants Google LLC, Alphabet Inc., Daniel de Freitas, and Noam Shazeer's Motion to Compel Arbitration (**Dkt. No. 42**).

On April 23, 2025, the Court heard oral argument on these motions. Having considered the motions, their related briefings, and the parties' arguments and representations at the hearing, the Court hereby **GRANTS** the Motions to Compel for the reasons orally assigned.

Therefore, it is **ORDERED**:

**1.**   A.F., on behalf of J.F., and A.R., on behalf of B.R., shall arbitrate their claims against Defendant Character Technologies, Inc..

**2.**   A.F., on behalf of J.F., and A.R., on behalf of B.R., shall arbitrate their claims against Defendants Google LLC, Alphabet Inc., Daniel de Freitas, and Noam Shazeer.

**3.**   The parties shall file a joint status report every 60 days apprising the Court of the status of the arbitrations.

**4.** The parties shall file a joint status report no later than 7 days after the arbitrations reach their final outcomes.

**5.** In view of the procedural agreements reached, the Court has not ruled on the arguments posed by the parties as to the arbitrability of the Plaintiffs' claims and therefore reserves to the parties all arguments they have asserted on those issues.

**SIGNED this 23rd day of April, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE