UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R., <br><br> Plaintiffs, <br><br> v. <br><br> CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC., <br><br> Defendants. | Case No. 2:24-cv-01014-JRG-RSP |

**Motions Hearing and Scheduling Conference**
**MAG. JUDGE ROY PAYNE PRESIDING**
**April 23, 2023**

**OPEN:**  9:02 a.m.                                      **ADJOURN:**   9:33 a.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFFS: | See attached. |
| ATTORNEY FOR DEFENDANTS: | See attached. |
| LAW CLERK: | Greg Saltz |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened.  Case called.  Sam Baxter introduced co-counsel and the client and announced ready for Plaintiff.  Tom Gorham introduced co-counsel and announced ready for Defendant Character.  Jennifer Ainsworth introduced co-counsel and announced ready for Defendant Shazeer.  Mike Jones introduced co-counsel and announced ready for Defendants Google and Alphabet.  Hayden Little introduced co-counsel and announced ready for Defendant Daniel De Freittas.

Defendant's Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration Pursuant to 9 U.S.C. §§ 34 and Federal Rules of Civil Procedure 12(b)(1) and 12(b)(3) [34]; Defendant's Motion to Stay Discovery Pending Motions to Compel Arbitration Pursuant to 9 U.S.C. § 3 [39]; and Defendants' Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration [42].  Ms. Herrera argued for Defendant Character.  Mr. Donohue, Mr. Schapiro, and Mr. Chaput responded for their respective Defendants.  Sam Baxter responded.  The Court made rulings.