IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC., <br><br> *Defendants*. | Case No. 2:24-cv-01014-JRG-RSP |

### STAY ORDER

The Court having granted the Defendants' motions to compel arbitration (Dkt. No. 59), this action is hereby **STAYED** pending completion of the arbitration proceedings. However, the stay does not affect the requirement that the parties shall file a joint status report every 60 days apprising the Court of the status of the arbitration proceedings, and shall file a joint status report no later than 7 days after the arbitration proceedings reach their final outcomes.

**SIGNED this 25th day of April, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE
