UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R., <br><br> Plaintiffs, <br><br> v. <br><br> CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC., <br><br> Defendants. | Case No. 2:24-cv-01014-JRG-RSP |

## FIRST JOINT STATUS REPORT REGARDING THE ARBITRATIONS

Pursuant to the Court's Order on April 23, 2025, granting Defendants' motions to compel arbitration (ECF No. 59), Plaintiffs and Defendant Character Technologies, Inc. ("C.AI") jointly submit this First Joint Status Report Regarding the Arbitrations.

On March 21, 2025, Plaintiffs submitted to JAMS individual demands for arbitration against Defendant C.AI.

On May 13, 2025, Plaintiffs submitted to JAMS amended demands for arbitration. On May 20, 2025, C.AI submitted responses to the amended demands for arbitration.

On June 2, 2025, JAMS commenced arbitrator selection in accordance with JAMS's rank-and-strike process. On June 12, 2025, the parties submitted their rank-and-strike lists to JAMS. On June 18, 2025, JAMS appointed arbitrators in the arbitrations.

Dated: June 23, 2025

Respectfully submitted,

/s/ *Sam Baxter*
Samuel F. Baxter
sbaxter@mckoolsmith.com
Jennifer L. Truelove
jtruelove@mckoolsmith.com
MCKOOL SMITH P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
(903) 923-9000

Matthew Bergman* (Lead Counsel)
matt@socialmediavictims.org
Laura Marquez-Garrett*
laura@socialmediavictims.org
Glenn Draper
glenn@socialmediavictims.org
600 1st Avenue, Suite 102-PMB 2383
Seattle, WA 98104
(206) 741-4862

Meetali Jain*
meetali@techjusticelaw.org
TECH JUSTICE LAW PROJECT
611 Pennsylvania Ave. SE #337
Washington, DC 20003


Radu A. Lelutiu
rlelutiu@mckoolsmith.com
MCKOOL SMITH P.C.
1301 Avenue of the Americas
New York, New York 10019
(212) 402-9400
 *Admitted Pro Hac Vice*

/s/ *Melissa R. Smith*
Melissa Richards Smith
Texas Bar No. 24001351
Andrew Thompson ("Tom") Gorham
Texas Bar No. 24012715
GILLIAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
(903) 934-8450
melissa@gilliamsmithlaw.com

Jonathan H. Blavin* (Lead Counsel)
Cal. Bar No. 230269
Victoria A. Degtyareva*
Stephanie Goldfarb Herrera*
MUNGER, TOLLES & OLSON, LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000
Jonathan.Blavin@mto.com
Stephanie.Herrera@mto.com
Victoria.Degtyareva@mto.com
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2025, I electronically submitted the foregoing document with the clerk of the United States District Court for the Eastern District of Texas, using the Court's CM/ECF system, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*Melissa R. Smith*
Melissa R. Smith