# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R., <br><br> Plaintiffs, <br><br> v. <br><br> CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC., <br><br> Defendants. | Case No. 2:24-cv-01014-JRG-RSP |

## SECOND JOINT STATUS REPORT REGARDING THE ARBITRATIONS

Pursuant to the Court's Order on April 23, 2025, granting Defendants' motions to compel arbitration (ECF No. 59), Plaintiffs and Defendant Character Technologies, Inc. ("C.AI") jointly submit this Second Joint Status Report Regarding the Arbitrations.

Since the parties' First Joint Status Report filed on June 23, 2025, arbitrators have been appointed in the arbitrations, initial status conferences have been held in both arbitrations, and the parties have made initial disclosures and exchanged documents pursuant to the JAMS rules. The parties agreed, and both arbitrators have ordered, that the threshold issue of arbitrability will be determined first and separately from all other issues.

In the A.R. arbitration, an initial status conference was held with the arbitrator on July 23, 2025, and the parties made disclosures and exchanged documents on August 1, 2025.

In the A.F. arbitration, an initial status conference was held with the arbitrator on July 29, 2025, and the parties made disclosures and exchanged documents on August 12, 2025.

Dated: August 22, 2025                                                  Respectfully submitted,

/s/ Radu A. Lelutiu                                                           /s/ Melissa R. Smith
Samuel F. Baxter                                                              Melissa Richards Smith
sbaxter@mckoolsmith.com                                                       Texas Bar No. 24001351
Jennifer L. Truelove                                                          Andrew Thompson ("Tom") Gorham
jtruelove@mckoolsmith.com                                                     Texas Bar No. 24012715
MCKOOL SMITH P.C.                                                             GILLIAM & SMITH, LLP
104 East Houston, Suite 300                                                   303 South Washington Avenue
Marshall, Texas 75670                                                         Marshall, TX 75670
(903) 923-9000                                                                (903) 934-8450
                                                                              melissa@gilliamsmithlaw.com

Matthew Bergman* (Lead Counsel)
matt@socialmediavictims.org                                                   Jonathan H. Blavin* (Lead Counsel)
Laura Marquez-Garrett*                                                        Cal. Bar No. 230269
laura@socialmediavictims.org                                                  Victoria A. Degtyareva*
Glenn Draper                                                                  Stephanie Goldfarb Herrera*
glenn@socialmediavictims.org                                                  MUNGER, TOLLES & OLSON, LLP
600 1st Avenue, Suite 102-PMB 2383                                            560 Mission Street, 27th Floor
Seattle, WA 98104                                                             San Francisco, CA 94105
(206) 741-4862                                                                Tel: (415) 512-4000
                                                                              Jonathan.Blavin@mto.com
Meetali Jain*                                                                 Stephanie.Herrera@mto.com
meetali@techjusticelaw.org                                                    Victoria.Degtyareva@mto.com
TECH JUSTICE LAW PROJECT                                                      *Admitted Pro Hac Vice
611 Pennsylvania Ave. SE #337
Washington, DC 20003


Radu A. Lelutiu
rlelutiu@mckoolsmith.com
MCKOOL SMITH P.C.
1301 Avenue of the Americas
New York, New York 10019
(212) 402-9400
 *Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 22, 2025, I electronically submitted the foregoing document with the clerk of the United States District Court for the Eastern District of Texas, using the Court's CM/ECF system, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

                                                   */s/ Melissa R. Smith*
                                                   Melissa R. Smith