**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R.,<br><br>Plaintiffs,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>Defendants. | Case No. 2:24-cv-01014-JRG-RSP |

**NOTICE OF ISSUANCE OF PARTIAL ARBITRAL AWARD**

Pursuant to the Court's Order on April 23, 2025, granting Defendants' motions to compel arbitration (ECF No. 59), Plaintiff A.F. ("A.F.") respectfully notifies the Court that the arbitrator presiding over arbitration demand A.F. filed in March 2025 has issued a Partial Award.

The Partial Award finds that, "as a matter of law, J.F., a minor, acting through his mother, timely, definitively and effectively disaffirmed the arbitration agreement with [Defendant Character Technologies, Inc.]" and "[t]he absence of an arbitration agreement makes the merits dispute non-arbitrable."

J.F. respectfully requests that the Court lift the stay as to her and A.F.'s claims and direct the parties to appear for a scheduling conference as soon as possible.

Dated: September 18, 2025

Respectfully submitted,

/s/ *Sam Baxter*

Samuel F. Baxter
sbaxter@mckoolsmith.com
Jennifer L. Truelove
jtruelove@mckoolsmith.com
MCKOOL SMITH P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
(903) 923-9000

Matthew Bergman* (Lead Counsel)
matt@socialmediavictims.org
Laura Marquez-Garrett*
laura@socialmediavictims.org
Glenn Draper
glenn@socialmediavictims.org
600 1st Avenue, Suite 102-PMB 2383
Seattle, WA 98104
(206) 741-4862

Meetali Jain*
meetali@techjusticelaw.org
TECH JUSTICE LAW PROJECT
611 Pennsylvania Ave. SE #337
Washington, DC 20003

Radu A. Lelutiu
rlelutiu@mckoolsmith.com
MCKOOL SMITH P.C.
1301 Avenue of the Americas
New York, New York 10019
(212) 402-9400

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2025, I electronically submitted the foregoing document with the clerk of the United States District Court for the Eastern District of Texas, using the Court's CM/ECF system, which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

*Radu A. Lelutiu*
Radu A. Lelutiu