IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| A.F., ON BEHALF OF J.F.; AND A.R., ON BEHALF OF B.R.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS; GOOGLE, LLC; AND ALPHABET INC.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:24-CV-01014-JRG-RSP |

# **ORDER**

Before the Court is the Motion to Lift the Stay as to Plaintiff J.F.'s Claims. **Dkt. No. 69**. On April 28, 2025, the Court stayed the above-captioned case in view of certain arbitration agreements potentially at play with respect to Plaintiffs, and compelled arbitration. *See* Dkt. Nos. 65; 62; 59. However, the arbitrator has since determined that Plaintiff J.F.'s claims are not arbitrable under the relevant arbitration provision at issue. *See* Dkt. No. 68. Consequently, on September 29, 2025, Plaintiff moved to lift the stay as to J.F.'s Claims. Dkt. No. 69.

Having considered the Motion, and noting that no opposition has been filed, the Court hereby **GRANTS** the Motion.

Therefore, it is **ORDERED** as follows:

(1) The stay in the above-captioned case is lifted as to Plaintiff J.F.;

(2) Counsel are directed to appear before the Court for a scheduling conference on

October 29, 2025 at 1:00 pm to select a date for trial and other proceedings, as may be appropriate, and

(3) That the Parties should be prepared to discuss the status of Plaintiff B.R. at the scheduling conference, including whether there has been a determination of arbitrability.

**SIGNED this 16th day of October, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE