# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| A.F., ON BEHALF OF J.F., et al.<br>　　　　　　　　　　Plaintiffs,<br>v.<br>CHARACTER TECHNOLOGIES, INC., et al.<br>　　　　　　　　　　Defendants. | Case No. 2:24-CV-01014-JRG-RSP |

## ORDER

At the October 29, 2025 Scheduling Conference, the parties were advised that the deadline for exchange of the initial disclosures and additional disclosures previously ordered (Dkt. No. 45) begins today. The parties were ordered to negotiate and file a proposed Discovery Order and a proposed Protective Order within 2 weeks. The Court will provide counsel with a proposed Docket Control Order based on the discovery deadline discussed at the conference.

Plaintiffs will be allowed to file an Amended Complaint, solely to address the *alter ego* basis for personal jurisdiction over the individual defendants, within no later than 30 days. Counsel should meet and confer about the scope of jurisdictional discovery, and file a Joint Notice by November 20, 2025 advising the Court of any agreements and disputes concerning the scope and deadline for completion of such discovery. The Court will then schedule an evidentiary hearing to resolve the motions to dismiss (Dkt. Nos. 33 and 38), and any final briefing deemed necessary.

**SIGNED this 29th day of October, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE