UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R., <br><br> Plaintiffs, <br><br> v. <br><br> CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC., <br><br> Defendants. | Case No. 2:24-cv-01014-JRG-RSP |

**NOTICE OF STIPULATION REGARDING DEADLINE
TO ANSWER OR OTHERWISE RESPOND**

Defendant Character Technologies, Inc. ("CTI"), Google LLC and Alphabet Inc. ("Google") file this Notice of Stipulation Regarding Deadline to Answer or Otherwise Respond and state as follows:

1. The Court recently lifted the stay as to certain claims in this matter. Dkt. No. 70. CTI and Google have not filed an answer or other responsive pleading to Plaintiffs' Complaint, and the deadline to do so has not yet passed.

2. Shortly after the Court partially lifted the stay, it ordered that "Plaintiffs will be allowed to file an Amended Complaint . . . within no later than 30 days." Dkt. No. 72.

3. Counsel for CTI and Google met and conferred with counsel for Plaintiffs. CTI,

Google, and Plaintiffs have stipulated that CTI's and Google's deadline to file an answer or other responsive pleading in this matter shall extend up to and include fourteen (14) days after Plaintiffs file their Amended Complaint.

Dated: October 31, 2025

Respectfully submitted,

/s/ Melissa R. Smith
Melissa Richards Smith
Texas Bar No. 24001351
Andrew Thompson ("Tom") Gorham
Texas Bar No. 24012715
GILLIAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
(903) 934-8450
melissa@gilliamsmithlaw.com

Jonathan H. Blavin* (Lead Counsel)
Cal. Bar No. 230269
Victoria A. Degtyareva*
Stephanie Goldfarb Herrera*
MUNGER, TOLLES & OLSON, LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000
Jonathan.Blavin@mto.com
Stephanie.Herrera@mto.com
Victoria.Degtyareva@mto.com

*Admitted Pro Hac Vice

Attorneys for Character Technologies, Inc.

| | |
|---|---|
| Dated: October 31, 2025 | Respectfully submitted,<br><br>*/s/ Michael E. Jones*<br>Michael E. Jones (State Bar No. 10929400)<br>POTTER MINTON, Professional Corporation<br>201 South Lafayette<br>Marshall, Texas<br>(903) 597-8311<br>mikejones@potterminton.com<br><br>Lauren Gallo White* (lead counsel)<br>Wilson Sonsini Goodrich & Rosati<br>One Market Plaza, Suite 3300<br>San Francisco, CA 94105<br>(415) 947-2000<br>lwhite@wsgr.com<br><br>Matthew K. Donohue*<br>Wilson Sonsini Goodrich & Rosati<br>953 E. Third Street, Suite 100<br>Los Angeles, CA 90013<br>(323) 210-2900<br>mdonohue@wsgr.com<br><br>**Admitted Pro Hac Vice*<br><br>*Counsel for Google LLC and Alphabet Inc.* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served today, October 31, 2025, with a copy of this document via the Court's CM/ECF system.

/s/ Melissa R. Smith
Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff. Counsel for Plaintiff indicated that it is unopposed to this notice.

/s/ Melissa R. Smith
Melissa R. Smith