# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R.,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>    Defendants. | Case No. 2:24-cv-01014-JRG-RSP |

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to Seek Remote Attendance. **Dkt. No. 81**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that local counsel for moving Defendants Character Technologies, Inc., Google LLC, and Noam Shazeer may attend the mediation currently scheduled for December 8th and 9th of 2025, in Los Angeles, California by remote videoconference.

**SIGNED this 18th day of November, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE