# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R., <br><br> Plaintiffs, <br><br> v. <br><br> CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC., <br><br> Defendants. | Case No. 2:24-cv-01014-JRG-RSP |

## ORDER

In accordance with the parties' Joint Notice (Dkt. No. 83), the parties are directed to meet and confer following the filing of the Amended Complaint, and to file a further joint notice by December 12, 2025, concerning the issues addressed in the previous order.

**SIGNED this 23rd day of November, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE