**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; and ALPHABET INC.,<br><br>　　　Defendants. | Civil Case No. 2:24-cv-01014-JRG-RSP |

**[PROPOSED] ORDER GRANTING
UNOPPOSED MOTION TO STAY DEADLINE TO ANSWER OR OTHERWISE
RESPOND TO AMENDED COMPLAINT FOR DEFENDANTS NOAM SHAZEER AND
DANIEL DE FREITAS ADIWARSANA**

Before the Court is an Unopposed Motion to Stay Deadline to Answer or Otherwise Respond to Amended Complaint for Defendants Noam Shazeer and Daniel De Freitas Adiwarsana.  Upon consideration of the motion, and for the reasons set forth therein, the Court concludes that the Motion should be **GRANTED**.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The deadlines for Defendants Noam Shazeer and Daniel De Freitas Adiwarsana to respond to Plaintiffs' First Amended Complaint are **STAYED** until further notice.

2. The parties will file a notice with the Court by December 22, 2025 with an update on the status of the jurisdictional discovery and a proposed deadline to file an answer or other responsive pleading in this matter.