IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R.,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC., ET. AL.,<br><br>*Defendants*. | Case No. 2:24-cv-01014-JRG-RSP |

## ORDER

Before the Court is Defendant Noam Shazeer and Danial De Freitas Adiwarsana's Unopposed Motion to Stay Deadline to Answer or Otherwise Respond to Amended Complaint. Upon consideration of the Motion, the Court is of the opinion that the Motion be **GRANTED**.

Accordingly, it is hereby **ORDERED** that the deadlines for Defendants Noam Shazeer and Daniel De Freitas Adiwarsana to respond to Plaintiffs' First Amended Complaint are **continued to be reset**.

It is further **ORDERED** that Defendants Noam Shazeer and Daniel De Freitas Adiwarsana will file a notice with the Court by December 22, 2025, with an update on the status of the jurisdictional discovery and a proposed deadline to file an answer or other responsive pleading in this matter.

**SIGNED this 12th day of December, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE