UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R.,<br><br>      Plaintiffs,<br><br>    v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>      Defendants. | Case No. 2:24-cv-01014-JRG-RSP |

**DEFENDANT GOOGLE LLC'S AND ALPHABET INC's ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

## I. INTRODUCTION

Google[1] admits that the letter cited in Footnote 1 exists. To the extent the allegations in the introductory paragraph to the First Amended Complaint ("FAC") purport to quote, paraphrase and/or characterize that letter, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in the introductory paragraphs regarding Character Technologies, Inc. ("CTI"). Google denies the remaining allegations in the introductory paragraphs.

## II. SUMMARY OF CLAIMS

1.     Google admits that the FAC purports to assert claims for strict product liability, negligence, unjust enrichment, violations of Texas's Deceptive Trade Practices Act, and

---

[1] Corresponding to Plaintiffs' FAC, Google LLC and Alphabet Inc. are collectively referred to as "Google" in this Answer. FAC at Paragraph 1.

intentional infliction of emotional distress against Defendants, but Google denies that the FAC alleges adequate factual or legal predicates for those claims. Google denies that the FAC purports to assert a claim for negligence per se against Google. Google otherwise denies the allegations in Paragraph 1.

2.      Google admits that the FAC seeks to hold Defendants responsible for alleged harms, but Google denies that the FAC alleges adequate factual or legal predicates for Plaintiffs' claims and otherwise denies the allegations in Paragraph 2.

3.      Google admits that the FAC purports to assert claims for strict product liability (defective design) against CTI and Google, but Google denies that the FAC alleges adequate factual or legal predicates for those claims and otherwise denies the allegations in Paragraph 3.

4.      Google admits that the FAC purports to assert claims for strict liability (failure to warn) against Defendants, but Google denies that the FAC alleges adequate factual or legal predicates for those claims and otherwise denies the allegations in Paragraph 4.

5.      Google admits that the FAC purports to assert claims for negligence (defective design) and negligence (failure to warn) against Defendants, but Google denies that the FAC alleges adequate factual or legal predicates for those claims. Google also denies that it "knew that C.AI would be harmful to a significant number of minor and/or vulnerable users." Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 5.

6.      Google admits that Paragraph 6 of the FAC purports to assert a claim for negligence per se against CTI and Google, but denies that the FAC otherwise asserts a claim for negligence per se against Google, denies that the FAC alleges adequate factual or legal predicates for that claim and otherwise denies the allegations in Paragraph 6.

7.    Google admits that the FAC purports to assert a claim for aiding and abetting against Google, but Google denies that the FAC alleges adequate factual or legal predicates for that claim and otherwise denies the allegations in Paragraph 7.

8.    Google admits that the FAC purports to assert a claim for violations of the Children's Online Privacy Protection Act (COPPA) against CTI, but Google denies that the FAC purports to assert a claim for violations of COPPA against Google. Google also denies that the FAC alleges adequate factual or legal predicates for that claim and otherwise denies the allegations in Paragraph 8.

9.    Google admits that the FAC purports to assert claims for unjust enrichment against Defendants, but Google denies that the FAC alleges adequate factual or legal predicates for those claims and otherwise denies the allegations in Paragraph 9.

10.    Google admits that the FAC purports to assert claims for intentional infliction of emotional distress against Defendants, but Google denies that the FAC alleges adequate factual or legal predicates for those claims and otherwise denies the allegations in Paragraph 10.

11.    Google admits that the FAC purports to assert claims under Texas's Unfair and Deceptive Trade Practices Act against Defendants, but Google denies that the FAC alleges adequate factual or legal predicates for those claims and otherwise denies the allegations in Paragraph 11.

### III.    PARTIES

12.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 12.

13.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 13.

14. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 14.

15. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 15.

16. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 16.

17. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 17.

18. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 18.

19. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 19.

20. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 20.

21. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 21.

22. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 22.

23. Google admits that C.AI, may, in some contexts, operate as an information content provider. Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 23.

24. Google admits the allegations in Paragraph 24.

25. Google admits the allegations in Paragraph 25.

26.    Google admits that Shazeer worked at Google and is a co-founder of CTI. Google denies the remaining allegations in Paragraph 26.

27.    Google lacks knowledge or information sufficient to form a belief about the truth of the claims against Shazeer, but Google denies that the FAC alleges adequate factual or legal predicates for the remaining claims and otherwise denies the allegations in Paragraph 27.

28.    Google lacks knowledge or information sufficient to form a belief about the truth of the claims against Shazeer, but Google denies that the FAC alleges adequate factual or legal predicates for the remaining claims and otherwise denies the allegations in Paragraph 28.

29.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 29.

30.    Google lacks knowledge or information sufficient to form a belief about the truth of the claims against De Freitas, but Google denies that the FAC alleges adequate factual or legal predicates for the remaining claims and otherwise denies the allegations in Paragraph 30.

31.    Google admits that De Freitas worked at Google and is a co-founder of CTI. Google denies the remaining allegations in Paragraph 31.

32.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 32.

## IV.    JURISDICTION AND VENUE

33.    Google admits the allegations in Paragraph 33.

34.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 34.

35.    Google admits that it has its principal place of business in California. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 35.

36.     Google has not contested personal jurisdiction in this matter and therefore admits that the Court may assert personal jurisdiction over Google on that basis. Google denies the remaining allegations in Paragraph 36 directed to Google and Alphabet. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 36.

37.     Google admits that it conducts certain business activities in Texas. Google denies the remaining allegations in Paragraph 37.

38.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 38.

39.     Google admits that the article cited in Footnote 2 exists. To the extent the allegations in Paragraph 39 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 39.

40.     Google admits that the videos cited in Footnotes 3, 4, and 5 exist. To the extent the allegations in Paragraph 40 purport to quote, paraphrase, and/or characterize those videos, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 40.

41.     Google admits that it paid in excess of $2 billion in connection with a license transaction with Character Technologies, Inc.  Google further admits that the article cited in Footnote 6 exists. To the extent the allegations in Paragraph 41 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google denies the allegation that its license of C.AI's technology was ostensible. Google otherwise lacks

knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 41.

42.     Google admits that CTI's license to Google is non-exclusive. Google also admits that the article cited in Footnote 7 exists. To the extent the allegations in Paragraph 42 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 42.

43.     Google admits that the articles cited in Footnote 8 exist. To the extent the allegations in Paragraph 43 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. With respect to the allegations concerning CTI's revenues, Google lacks information sufficient to admit or deny, therefore, it denies these allegations. Google otherwise denies the allegations in Paragraph 43.

44.     Google denies the allegations in Paragraph 44.

45.     Google admits that the articles cited in Footnote 9 exist. To the extent the allegations in Paragraph 45 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 45.

46.     Google admits that it has not contested venue in this matter, though reserves its right to do so. Google denies that this venue is convenient for this case under 28 U.S.C. § 1404. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 46.

## V.     PLAINTIFF-SPECIFIC ALLEGATIONS

47.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 47.

48.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 48.

49.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 49.

50.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 50.

51.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 51.

52.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 52.

53.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 53.

54.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 54.

55.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 55.

56.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 56.

57.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 57.

58.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 58.

59.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 59.

60.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 60.

61.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 61.

62.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 62.

63.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 63.

64.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 64.

65.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 65.

66.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 66.

67.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 67.

68.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 68.

69.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 69.

70.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 70.

71.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 71.

72.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 72.

73.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 73.

74.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 74.

75.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 75.

76.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 76.

77.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 77.

78.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 78.

79.    Google admits that the article cited in Footnote 10 exists. To the extent the allegations in Paragraph 79 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 79.

80.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 80.

81.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 81.

82.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 82.

83.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 83.

84.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 84.

85.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 85.

86.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 86.

87.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 87.

88.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 88.

89.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 89.

90.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 90.

91.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 91.

92.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 92.

93.     Google denies the allegation in Paragraph 93 that it "programmed, designed and operated" characters for C.AI. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 93.

94.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 94.

95.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 95.

96.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 96.

97.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 97.

98.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 98.

99.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 99.

100.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 100.

101.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 101.

102. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 102.

103. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 103.

104. Google admits that C.AI was hosted on the Google Play Store. Google denies the remaining allegations in Paragraph 104.

105. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 105.

106. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 106.

107. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 107.

108. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 108.

109. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 109.

110. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 110.

111. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 111.

112. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 112.

113.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 113.

114.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 114.

115.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 115.

116.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 116.

117.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 117.

118.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 118.

119.    Google denies the allegations in Paragraph 119.

120.    Google denies the allegations in Paragraph 120.

121.    Google denies the allegations in Paragraph 121.

122.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 122.

123.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 123.

124.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 124.

125.    Google denies the allegations in Paragraph 125.

126.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 126.

127.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 127.

128.    Google denies the allegations in Paragraph 128.

129.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 129.

130.    Google denies the allegations in Paragraph 130.

131.    Google denies the allegations in Paragraph 131.

132.    Google denies the allegations in Paragraph 132.

## VI.    THE EMERGENCE OF GENERATIVE AI TECHNOLOGIES AS PRODUCTS

133.    Google admits that 15 U.S.C. § 9401(3) contains the definition of "artificial intelligence" ("AI") recited in Paragraph 133. However, the term "artificial intelligence" may have different meanings in different contexts, and Google denies that the definition contained in 15 U.S.C. §9401(3) may be used in all contexts. Therefore, to the extent the allegations in Paragraph 133 purport to define "artificial intelligence," Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 133.

134.    Google admits that aspects of systems termed "artificial intelligence" may be defined and programmed by companies. Google denies the remaining allegations in Paragraph 134.

135.    The statements in Paragraph 135 are unintelligibly vague, ambiguous, and undefined. Google therefore denies the allegations in Paragraph 135.

136.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 136.

137.    Google admits that there are different types of AI algorithms that are programmed in different ways and have different goals. Google otherwise denies the allegations in Paragraph 137.

138.    Google admits that various companies, including Google, have developed AI technologies that function in various ways. The remainder of the allegations in Paragraph 138 are unintelligibly vague, such that no meaningful response is possible. To the extent a response is deemed necessary, Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 138.

139.    Google admits that various companies, including Google, have developed technologies that may be referred to as "generative AI." To the extent the allegations in Paragraph 139 purport to define or characterize generative AI technologies, Google denies that Plaintiffs do so correctly or completely. Google denies the remaining allegations in Paragraph 139.

140.    Google admits that, with the exception of the May 1, 2023 Atleson article, the articles cited in Footnote 14 exist. To the extent the allegations in Paragraph 140 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. With respect to the May 1, 2023 Atleson article, Google lacks information sufficient to admit or deny the existence of the article and, therefore, it denies these allegations. Google otherwise denies the allegations in Paragraph 140.

141.    Google admits that developing AI technologies requires computing power, which can cost money. Google also admits that it has invested in AI startups, including CTI. Google also admits that the article cited in Footnote 15 exists. To the extent the allegations in Paragraph 141 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do

so correctly. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 141.

142. Google admits that some regulatory agencies have launched investigations into some technology companies. Google also admits that the articles cited in Footnotes 16 and 17 exist. To the extent the allegations in Paragraph 142 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 142.

143. Google admits that the article cited in Footnote 18 exists. To the extent the allegations in Paragraph 143 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 143.

144. Google admits that the video cited in Footnote 19 exists. To the extent the allegations in Paragraph 144 purport to quote, paraphrase, and/or characterize that video, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 144.

145. Paragraph 145 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 145.

146. Google admits that data is required to train LLMs. Google also admits that the web page cited in Footnote 20 exists, but denies that Plaintiffs refer to it by the correct title. To the extent the allegations in Paragraph 146 purport to quote, paraphrase, and/or characterize that web page, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 146.

147.    Google admits that LLMs may be trained on input data and may generate text, but denies that LLMs are inherently harmful. Google denies the remaining allegations in Paragraph 147.

148.    Google admits that the article cited in Footnote 21 exists. To the extent the allegations in Paragraph 148 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 148.

149.    Google admits that "Garbage In, Garbage Out" is a term that may have been used previously regarding computers and other systems. To the extent the allegations in Paragraph 149 purport to characterize "Garbage In, Garbage Out," Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 149.

150.    Google admits that the articles cited in Footnote 22 exist. To the extent the allegations in Paragraph 150 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 150.

151.    Google admits that Shazeer and De Freitas worked at Google. Google also admits that Shazeer and De Freitas founded CTI. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 151.

152.    Google admits that Shazeer worked on AI development at Google, including the Mixture-of-Experts ("MoE") approach and the Transformer architecture. Google also admits that papers discussing the MoE approach and the Transformer architecture were published in 2017. Google also admits that the MoE approach and the Transformer architecture have various applications. Google also admits that the articles cited in Footnote 23 exist, but denies that

Plaintiffs refer to them by the correct titles. To the extent the allegations in Paragraph 152 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 152.

153.    Google admits that De Freitas worked on AI development at Google, including a neural conversational model originally referred to as Meena. Google also admits that it published a blog post discussing Meena in 2020. Google also admits that it did not release Meena into the marketplace. Google also admits that the articles cited in Footnotes 24, 25 and 26 exist. To the extent the allegations in Paragraph 153 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 153.

154.    Google admits that Shazeer and De Freitas worked on AI development at Google, including a language model referred to as LaMDA. Google also admits that, at least in part, LaMDA was built on the Transformer architecture. Google also admits that it published a blog post discussing LaMDA in 2021. Google also admits that the articles cited in Footnotes 27, 28, 29, 30, 31 and 32 exist. To the extent the allegations in Paragraph 154 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 154.

155.    Google admits that Dr. Timnit Gebru and Dr. Margaret Mitchell worked at Google. Google also admits that the articles cited in Footnotes 33 and 34 exist. To the extent the allegations in Paragraph 155 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 155.

156.    Google admits that Dr. El Mahdi El Mhamdi and Blake Lemoine worked at Google, and that Blake Lemoine made public statements regarding LaMDA. Google also admits that the articles cited in Footnotes 35 and 36 exist. To the extent the allegations in Paragraph 156 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 156.

157.    Google admits that the paper titled "LaMDA: Language Models for Dialog Applications" cited in Footnote 37 exists, and that the paper mentions possible risks that could be associated with LLMs. Google also admits that the article cited in Footnote 37 exists. To the extent the allegations in Paragraph 157 purport to quote, paraphrase, and/or characterize those documents, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 157.

158.    Google admits that the article cited in Footnotes 38 and 39 exist. To the extent the allegations in Paragraph 158 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 158.

159.    Google admits that it has a commitment to safety and fairness. Google also admits that the article cited in Footnote 40 exists. To the extent the allegations in Paragraph 159 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding OpenAI. Google denies the remaining allegations in Paragraph 159.

160.    Google admits that the articles cited in Footnotes 41 and 42 exist. To the extent the allegations in Paragraph 160 purport to quote, paraphrase, and/or characterize those articles,

Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 160.

161.    Google denies the allegations in Paragraph 161.

162.    Google admits that the video cited in Footnote 43 and the article cited in Footnote 44 exist. To the extent the allegations in Paragraph 162 purport to quote, paraphrase, and/or characterize that video and article, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 162.

163.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding Shazeer and De Freitas. Google denies the remaining allegations in Paragraph 163.

164.    Google admits that the article cited in Footnotes 45 exists. To the extent the allegations in Paragraph 164 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding Shazeer and De Freitas. Google denies the remaining allegations in Paragraph 164.

165.    Google admits that De Freitas left Google in November 2021. Google also admits that the article cited in Footnote 46 exists. To the extent the allegations in Paragraph 165 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google also denies that Shazeer left Google in November 2021. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 165.

166.    Google denies the allegations in Paragraph 166.

167.    Google denies the allegations in Paragraph 167.

168. Google admits that the article cited in Footnote 47 exists. To the extent the allegations in Paragraph 168 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 168.

169. Google denies the allegations in Paragraph 169.

170. Google admits that the article cited in Footnote 48 exists. To the extent the allegations in Paragraph 170 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 170.

171. Google admits that the articles cited in Footnote 49 exist. To the extent the allegations in Paragraph 171 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 171.

172. Google denies the allegations in Paragraph 172.

173. Google denies the allegations in Paragraph 173.

174. Google admits that in 2023, CTI selected Google Cloud as a cloud infrastructure provider. Google also admits that the video cited in Footnote 50 exists. To the extent the allegations in Paragraph 174 purport to quote, paraphrase, and/or characterize that video, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 174.

175. Google admits that a Google employee spoke about Google's provision of cloud services to CTI at the 2023 Google I/O. Google also admits that the video cited in Footnote 51 exists. To the extent the allegations in Paragraph 175 purport to quote, paraphrase, and/or

-21-

characterize that video, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 175.

176.    Google admits that the video cited in Footnote 52 and the articles cited in Footnotes 53 and 54 exist. To the extent the allegations in Paragraph 176 purport to quote, paraphrase, and/or characterize that video and those articles, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 176.

177.    Google admits that the web page cited in Footnote 55 exists. To the extent the allegations in Paragraph 177 purport to quote, paraphrase, and/or characterize that web page, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 177.

178.    Google denies the allegations in Paragraph 178.

179.    Google admits that in 2024, it hired various CTI employees, including Shazeer and De Freitas, and licensed its LLM. Google also admits that it paid CTI $2.7 billion in cash. Google also admits that the article cited in Footnote 56 exists. To the extent the allegations in Paragraph 179 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 179.

180.    Google admits that some regulatory agencies have launched investigations into some technology companies. Google also admits that the articles cited in Footnotes 57, 58, 59, 60  exist. To the extent the allegations in Paragraph 180 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 180.

181.    Google admits the allegations in Paragraph 181.

182.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 182.

183.    Google admits that it obtained a non-exclusive license to CTI's LLM. Google also admits that the article cited in Footnote 62 exists. To the extent the allegations in Paragraph 183 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 183.

184.    Google admits that the articles cited in Footnotes 63 and 64 exist. To the extent the allegations in Paragraph 184 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 184.

185.    Google admits that it hired various CTI employees. Google also admits that the articles cited in Footnote 65 exist. To the extent the allegations in Paragraph 185 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 185.

186.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 186.

187.    Google admits that the articles cited in Footnote 66 and video cited in Footnote 67 exist. To the extent the allegations in Paragraph 187 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 187.

188.    Google admits that the articles cited in Footnotes 68 and 69 exist. To the extent the allegations in Paragraph 188 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 188.

189.    Google admits that the articles cited in Footnotes 70 and 71 exist. To the extent the allegations in Paragraph 189 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 189.

190.    Google denies the allegations in Paragraph 190.

191.    Google denies the allegations in Paragraph 191.

192.    Google admits that there may be beneficial use cases for AI technology. Google denies the remaining allegations in Paragraph 192.

193.    Google denies the allegations in Paragraph 193.

194.    Google denies the allegations in Paragraph 194.

195.    Google admits that the article cited in Footnote 72 exists. To the extent the allegations in Paragraph 195 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 195.

196.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 196.

197.    Google denies the allegations in Paragraph 197.

198.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 198.

-24-

199. Google admits that C.AI is available for download on Google Play. Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 199.

200. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 200.

201. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 201.

202. Paragraph 202 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 202.

203. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 203.

204. Google admits that the web page cited in Footnote 73 exists. To the extent the allegations in Paragraph 204 purport to quote, paraphrase, and/or characterize that web page, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 204.

205. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 205.

206. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 206.

207. Google admits that the video cited in Footnote 74 exists. To the extent the allegations in Paragraph 207 purport to quote, paraphrase, and/or characterize that video, Google

-25-

denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 207.

208.    Google denies the allegation that "defendants invite the public, especially minors, to use C.AI." Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 208.

209.    Google denies the allegations in Paragraph 209.

210.    Google admits that C.AI is offered as a chatbot app available on Android, and that it has been downloaded more than 10 million times from Google Play. Google denies that C.AI is "Defendants' product." Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 210.

211.    Google admits that the article cited in Footnote 75 exists. To the extent the allegations in Paragraph 211 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 211.

212.    Google admits that C.AI allows users to create and chat with AI characters. Google also admits that the article cited in Footnote 76 exists. To the extent the allegations in Paragraph 212 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 212.

213.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 213.

214.    Google denies the allegation that "Customers also can . . . use a default voice selected by Defendants." Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 214.

215.    Google denies the allegation that "the extent or degree of such potential impact is known only to Defendants." Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 215.

216.    Google denies the allegation that "Defendants design, program, train, operate, and control all C.AI characters." Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 216.

217.    Google denies the allegations that "Defendants place" any "parameters" on C.AI characters therefore making customization claims false or misleading. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 217.

218.    Google admits that the web page cited in Footnote 77 exists. To the extent the allegations in Paragraph 218 purport to quote, paraphrase, and/or characterize that web page, Google denies that Plaintiffs do so correctly. Google also denies the allegations that "Defendants rolled out a new feature to C.AI+ subscribers"; "Defendants recommend and provide voice options"; and "This is done based on Defendants' assessment of what would make the specific character more compelling to a consumer." Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 218.

219.    Google denies the allegation that "Defendants have refined this Voice feature." Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 219.

220.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 220.

221.    Google admits that the web page cited in Footnote 78 exists. To the extent the allegations in Paragraph 221 purport to quote, paraphrase, and/or characterize that web page, Google denies that Plaintiffs do so correctly. Google denies the allegation that "Defendants allow [users] to interact in real time with AI bots." Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 221.

222.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 222.

223.    Google denies the allegations in Paragraph 223.

224.    Google admits that C.AI is an application that allows users to chat with AI characters. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 224.

225.    Google admits that the article cited in Footnote 79 exists. To the extent the allegations in Paragraph 225 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 225.

226.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 226.

227.    Google admits that the web pages cited in Footnotes 80, 81, and 82 exist. To the extent the allegations in Paragraph 227 and all of its subparts purport to quote, paraphrase, and/or characterize those web pages, Google denies that Plaintiffs do so correctly. Google otherwise

lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 227 and all of its subparts.

228.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 228.

229.    Google lacks information sufficient to admit or deny the existence of the web page cited in Footnote 83, and, therefore, it denies these allegations. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 229.

230.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 230.

231.    Google admits that the web page cited in Footnote 84 exists. To the extent the allegations in Paragraph 231 purport to quote, paraphrase, and/or characterize that web page, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 231.

232.    Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 232.

233.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 233.

234.    Google denies the allegations in Paragraph 234.

235.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 235.

236.    Google admits that the article cited in Footnote 85 exists. To the extent the allegations in Paragraph 236 purport to quote, paraphrase, and/or characterize that article,

Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 236.

237.    Google denies the allegations in Paragraph 237.

238.    Google admits that the article cited in Footnote 86 exists. To the extent the allegations in Paragraph 238 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 238.

239.    Google denies the allegations in Paragraph 239.

240.    Google denies the allegations in Paragraph 240.

241.    Google denies the allegations in Paragraph 241.

242.    Google denies the allegations in Paragraph 242.

243.    Google denies the allegations in Paragraph 243.

244.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 244.

245.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 245.

246.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 246.

247.    Google denies the allegations in Paragraph 247.

248.    Google denies the allegations in Paragraph 248.

249.    Google admits that the articles cited in Footnotes 87, 88, and 89 exist. To the extent the allegations in Paragraph 249 purport to quote, paraphrase, and/or characterize those

articles, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 249.

250. Google admits that the paper cited in Footnote 90 exists, that it is a research paper discussing LaMDA, that it contains the quoted language, and that Shazeer and De Freitas are listed, among others, as authors on the paper. To the extent the allegations in Paragraph 250 purport to paraphrase and/or characterize that paper, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 250.

251. Google denies the allegations in Paragraph 251.

252. Google admits that the article cited in Footnote 91 exists. To the extent the allegations in Paragraph 252 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 252.

253. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 253.

254. Google admits that the articles cited in Footnotes 92 and 93 exist. To the extent the allegations in Paragraph 254 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 254.

255. Google denies the allegations in Paragraph 255.

256. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 256.

257. Google admits that Blake Lemoine worked at Google and made public statements regarding LaMDA. Google also admits that the articles cited in Footnotes 94 and 95 exist. To the

extent the allegations in Paragraph 257 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 257.

258.    Google denies the allegations in Paragraph 258.

259.    Google denies the allegations in Paragraph 259.

260.    Google denies the allegations in Paragraph 260.

261.    Google admits that the articles cited in Footnote 96 exist, but denies that Plaintiffs refer to the August 2024 Griffith & Metz article by the correct title. Google also admits that the video cited in Footnote 97 exists. To the extent the allegations in Paragraph 261 purport to quote, paraphrase, and/or characterize those articles and that video, Google denies that Plaintiffs do so correctly. Google also denies the allegation that "Defendants[] operat[e] . . . C.AI." Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 261.

262.    Google admits that the article cited in Footnote 98 exists. To the extent the allegations in Paragraph 262 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google also denies the allegation that it purchased Shazeer's "share of C.AI." Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 262.

263.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 263.

264.    Google denies the allegation that "Defendants[]" charge a "subscription fee" for C.AI or "charge premium customers" of C.AI. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 264.

265.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 265.

266.    Google admits that the video cited in Footnote 99 exists. To the extent the allegations in Paragraph 266 purport to quote, paraphrase, and/or characterize that video, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 266.

267.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 267.

268.    Google admits that in 2023, Character.AI selected Google Cloud as a cloud infrastructure provider. Google also admits that the article cited in Footnote 100 exists. To the extent the allegations in Paragraph 268 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google denies the remaining allegations in Paragraph 268.

269.    Google admits that the CTI Terms of Service cited in Footnote 101 exist. To the extent the allegations in Paragraph 269 purport to quote, paraphrase, and/or characterize those Terms of Service, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 269.

270.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 270.

271.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 271.

272.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 272.

273.    Google admits that the article cited in Footnote 102 exists. To the extent the allegations in Paragraph 273 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 273.

274.    Google admits that the article cited in Footnote 103 exists. To the extent the allegations in Paragraph 274 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 274.

275.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 275.

276.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 276.

277.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 277.

278.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 278.

279.    Google admits that the articles cited in Footnotes 104 and 105 exist. To the extent the allegations in Paragraph 279 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 279.

280.    Google admits that LLMs may be trained on input data to generate outputs. Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 280.

281.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 281.

282.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 282.

283.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 283.

284.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 284.

285.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 285.

286.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 286.

287.    Google admits that the article cited in Footnote 106 exists. To the extent the allegations in Paragraph 287 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 287.

288.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 288.

289.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 289.

290.    Google denies the allegations in Paragraph 290.

291.    Google admits that the web page cited in Footnote 107 and the article cited in Footnote 108 exist. To the extent the allegations in Paragraph 291 purport to quote, paraphrase,

and/or characterize that web page and that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 291.

292.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 292.

293.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 293.

294.    Paragraph 294 is a legal conclusion, to which no response is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations Paragraph 294.

295.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 295.

296.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 296.

297.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 297.

298.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 298.

299.    Google admits that the video cited in Footnote 109 exists. To the extent the allegations in Paragraph 299 purport to characterize that video, Google denies that Plaintiffs do so correctly. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 299.

300.    Google admits that Exhibits A and B are attached to the FAC. To the extent the allegations in Paragraph 300 purport to quote, paraphrase, and/or characterize those exhibits, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 300.

301.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 301.

302.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 302.

303.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 303 and all of its subparts.

304.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 304.

305.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 305.

306.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 306 and all of its subparts.

307.    Google admits that the article cited in Footnote 111 and the video cited in Footnote 113 exist. To the extent the allegations in Paragraph 307 purport to characterize that video and article, Google denies that Plaintiffs do so correctly. Google lacks information sufficient to admit or deny the existence of the web page cited in Footnote 112 and, therefore, it denies these allegations. Google otherwise denies the allegations in Paragraph 307.

308.    Google admits that the articles cited in Footnote 114 and Footnote 115 exist. To the extent the allegations in Paragraph 308 purport to quote, paraphrase, and/or characterize

those articles, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 308.

309.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 309.

310.    Google admits that the video cited in Footnote 116 exists. To the extent the allegations in Paragraph 310 purport to quote, paraphrase, and/or characterize that video, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 310.

311.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 311.

312.    Google admits that Exhibit C is attached to the FAC. To the extent the allegations in Paragraph 312 purport to quote, paraphrase, and/or characterize that exhibit, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 312.

313.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 313.

314.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 314.

315.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 315.

316.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 316.

317.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 317.

318.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 318.

319.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 319.

320.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 320.

321.    Google admits that Section 81.101 of the Texas Government Code defines the practice of law. To the extent the allegations in Paragraph 321 purport to quote, paraphrase, and/or characterize that statute, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 321, including Footnote 117.

322.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 322.

323.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 323.

324.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding Character Technology's products. Google denies the remaining allegations in Paragraph 324.

325.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding Character AI's design. Google denies the remaining allegations in Paragraph 325.

326.    Google admits that the webpage cited in Footnote 118 exists. To the extent the allegations in Paragraph 326 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 326.

327.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 327.

328.    Google admits that Exhibits E is attached to the FAC. To the extent the allegations in Paragraph 328 purport to quote, paraphrase, and/or characterize that exhibit, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 328.

329.    Google admits that Exhibit F is attached to the FAC. To the extent the allegations in Paragraph 329 purport to quote, paraphrase, and/or characterize that exhibit, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 329.

330.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 330.

331.    Google admits that the article cited in Footnote 119 exists. To the extent the allegations in Paragraph 331 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 331.

332.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 332.

333.    Google admits that Exhibit C is attached to the FAC. To the extent the allegations in Paragraph 333 purport to quote, paraphrase, and/or characterize that exhibit, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 333.

334.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 334.

335.    Google admits that Exhibit G is attached to the FAC. To the extent the allegations in Paragraph 335 purport to quote, paraphrase, and/or characterize that exhibit, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 335.

336.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 336.

337.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 337.

338.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 338.

339.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 339.

340.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 340.

341.    Google admits that the National Institute of Standards and Technology has published an AI Risk Management Framework. Google also admits that the web page cited in Footnote 120 exists. To the extent the allegations in Paragraph 341 purport to quote, paraphrase,

and/or characterize that web page, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 341.

342.    Google admits that the articles cited in Footnote 121 exist. To the extent the allegations in Paragraph 342 purport to quote, paraphrase, and/or characterize those articles, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 342.

343.    Google lacks information sufficient to admit or deny the existence of the web page cited in Footnote 122 and, therefore, it denies these allegations. Google otherwise denies the allegations in Paragraph 343.

344.    Google admits that data and guidelines are used to train AI models. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 344.

345.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 345.

346.    Google admits that the article cited in Footnote 123 exists. To the extent the allegations in Paragraph 346 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 346.

347.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 347.

348.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 348.

349.   Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 349.

350.   Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 350.

351.   Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 351.

352.   Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 352.

353.   Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 353.

354.   Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 354.

355.   Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 355.

356.   Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 356.

357.   Google denies that it "changed the color of the disclaimer from orange to white; however, did not change the font size or location." Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 357.

358.   Google denies the allegations in Paragraph 358.

359.   Google denies the allegations in Paragraph 359.

360.   Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 360.

-43-

361.    Google admits that the Futurism article quoted in Paragraph 361 exists. To the extent the allegations in Paragraph 361 purport to characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 361.

362.    Google admits that the article cited in Footnote 124 exists. To the extent the allegations in Paragraph 362 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 362.

363.    Google admits that the article cited in Footnote 125 exists. To the extent the allegations in Paragraph 363 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 363.

364.    Google admits that the article cited in Footnote 126 exists. To the extent the allegations in Paragraph 364 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google also denies the allegation that "additional protections were put into place by Defendants only after Futurism reached out to Defendants." Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 364.

365.    Google admits that the video cited in Footnote 127 exists. To the extent the allegations in Paragraph 365 purport to quote, paraphrase, and/or characterize that video, Google denies that Plaintiffs do so correctly. Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 365.

366.    Google admits that the article cited in Footnotes 128 and 129 exists. To the extent the allegations in Paragraph 366 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google also denies the allegation that "Defendants are actively encouraging countless consumers 'to engage in disordered behaviors, from recommending low-calorie diets and excessive exercise routines to chastising them for healthy weights." Google also denies the allegation that it has eating disorder-themed bots that claim to have expertise in eating disorder support and recovery. Google also denies the allegation that "Defendants are allowing these incredible harms to continue." Google otherwise lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 366.

367.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 367.

## VII.    PLAINTIFFS' CLAIMS

### COUNT I – STRICT PRODUCT LIABILITY (DEFECTIVE DESIGN)
### (Against Character.AI and Google)

368.    Google reiterates its responses to the preceding paragraphs of this Answer to the FAC as if fully set forth herein. Paragraph 368 and all of its subparts consist entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 368 and all of its subparts.

369.    Google denies the allegation in subpart (a) of Paragraph 369 that "Defendants" "mass market[ed]" C.AI. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 369 and all of its subparts.

370.    Paragraph 370 and all of its subparts consist entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google lacks knowledge or

information sufficient to form a belief about the truth of the allegations in Paragraph 370 and all of its subparts.

371.    Paragraph 371 and all of its subparts consist entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 371 and all of its subparts.

372.    Paragraph 372 and all of its subparts consist entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegation in subpart (h) of Paragraph 372 that "Defendants intentionally chose to not implement any of the aforementioned reasonable, alternative designs." Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 372 and all of its subparts.

373.    Paragraph 373 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 373.

374.    Google denies the allegations in Paragraph 374.

### COUNT II – STRICT LIABILITY (FAILURE TO WARN)
### (Against All Defendants)

375.    Google reiterates its responses to the preceding paragraphs of this Answer to the FAC as if fully set forth herein.

376.    Paragraph 376 and all of its subparts consist entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 376 and all of its subparts.

377.    Google denies the allegations in Paragraph 377.

378. Google denies the allegation in subpart (a) of Paragraph 378 that "Defendants" "mass market[ed]" C.AI. Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 378 and all of its subparts.

379. Paragraph 379 and all of its subparts consist entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 379 and all of its subparts.

380. Paragraph 380 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 380.

381. Paragraph 381 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 381.

382. Google denies the allegations in Paragraph 382.

383. Paragraph 383 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 383.

384. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 384.

385. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 385.

386. Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 386.

387. Google denies the allegations in Paragraph 387.

## COUNT III – VIOLATION OF CHILDREN'S ONLINE PRIVACY PROTECTION ACT
### 15 U.S.C. § 6501
### (Against Character Technologies, Inc.)

388.    Google reiterates its responses to the preceding paragraphs of this Answer to the FAC as if fully set forth herein.

389.    The allegations in Paragraph 389 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 389.

390.    The allegations in Paragraph 390 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 390.

391.    The allegations in Paragraph 391 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 391.

392.    The allegations in Paragraph 392 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 392.

393.    The allegations in Paragraph 393 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 393.

394.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 394.

## COUNT IV – AIDING AND ABETTING
### (Against Google)

395.    Google reiterates its responses to the preceding paragraphs of this Answer to the FAC as if fully set forth herein.

396.    Paragraph 396 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 396.

397.    Google responds to the subparts of Paragraph 397 as follows. Google denies the remaining allegations in Paragraph 397.

a.    Google denies the allegations in subpart (a) of Paragraph 397.

b.    Google admits that in 2023, CTI selected Google Cloud as a cloud infrastructure provider. Google denies the remaining allegations in subpart (b) of Paragraph 397.

c.    Google admits that in 2024, it hired various CTI employees and obtained a non-exclusive license to CTI's LLM. Google denies the remaining allegations in subpart (c) of Paragraph 397.

## COUNT V – NEGLIGENCE PER SE
### (CHILD SEXUAL ABUSE AND SEXUAL SOLICITATION)
### (Against Character Technologies, Inc.)

398.    Google reiterates its responses to the preceding paragraphs of this Answer to the FAC as if fully set forth herein.

399.    The allegations in Paragraph 399 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks

-49-

knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 399.

400.    The allegations in Paragraph 400 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 400.

401.    The allegations in Paragraph 401 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 401.

402.    The allegations in Paragraph 402 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 402.

403.    The allegations in Paragraph 403 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 403.

404.    The allegations in Paragraph 404 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 404.

405.    The allegations in Paragraph 405 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 405.

406.    The allegations in Paragraph 406 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 406.

407.    The allegations in Paragraph 407 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 407.

408.    The allegations in Paragraph 408 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 408.

409.    The allegations in Paragraph 409 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 409.

410.    The allegations in Paragraph 410 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks

knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 410.

**COUNT VI – NEGLIGENCE (DEFECTIVE DESIGN)**
**(Against All Defendants)**

411.    Google reiterates its responses to the preceding paragraphs of this Answer to the FAC as if fully set forth herein.

412.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 412.

413.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 413.

414.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 414.

415.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 415.

416.    Paragraph 416 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 416.

417.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 417.

418.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 418.

419.    Paragraph 419 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 419.

-52-

420.    Paragraph 420 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 420.

421.    Paragraph 421 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 421.

### COUNT VII – NEGLIGENCE (FAILURE TO WARN)
### (Against All Defendants)

422.    Google reiterates its responses to the preceding paragraphs of this Answer to the FAC as if fully set forth herein.

423.    The allegations in Paragraph 423 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 423.

424.    Paragraph 424 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 424.

425.    The allegations in Paragraph 425 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 425.

426.    The allegations in Paragraph 426 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks

knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 426.

427.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 427.

428.    Google denies the allegations in the second sentence of Paragraph 428. The remaining allegations in Paragraph 428 are not directed at Google and therefore no response by Google is required. As to these remaining allegations, to the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 428.

429.    Paragraph 429 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 429.

430.    Paragraph 430 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 430.

431.    Paragraph 431 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 431.

432.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 432.

433.    The allegations in Paragraph 433 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks

knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 433.

434.    Paragraph 434 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 434.

435.    Paragraph 435 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 435.

436.    The allegations in Paragraph 436 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 436.

437.    The allegations in Paragraph 437 are not directed at Google and therefore no response by Google is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 437.

### COUNT VIII – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
#### (Against All Defendants)

438.    Google reiterates its responses to the preceding paragraphs of this Answer to the FAC as if fully set forth herein.

439.    Paragraph 439 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 439.

440.    Paragraph 440 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 440.

441.    Paragraph 441 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 441.

442.    Paragraph 442 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 442.

## COUNT IX – UNJUST ENRICHMENT
### (Against All Defendants)

443.    Google reiterates its responses to the preceding paragraphs of this Answer to the FAC as if fully set forth herein.

444.    Google denies the allegations in Paragraph 444.

445.    Google denies the allegations in Paragraph 445.

446.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 446.

447.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 447.

448.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 448.

449.    Google denies the allegation that J.F. and B.R. "shared their most intimate personal data with Defendants, who recklessly used it to train their LLM and gain a competitive advantage in the generative artificial intelligence market." Google lacks knowledge or

-56-

information sufficient to form a belief about the truth of the remaining allegations in Paragraph 449.

450.    Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 450.

451.    Google denies the allegation that "Defendants took from [J.F and B.R.]" any of their "personal data." Google lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 451.

452.    Paragraph 452 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 452.

453.    Paragraph 453 and all of its subparts consist entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 453 and all of its subparts.

**COUNT X – VIOLATIONS OF THE TEXAS DECEPTIVE TRADE PRACTICES ACT
TEX. BUS. & COM. CODE ANN. § 17.46, *ET SEQ*.,
(Against All Defendants)**

454.    Google reiterates its responses to the preceding paragraphs of this Answer to the FAC as if fully set forth herein.

455.    Paragraph 455 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 455.

456.    Paragraph 456 and all of its subparts consist entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 456 and all of its subparts.

457.    Google lacks information sufficient to admit or deny the existence of the FAC cited in Footnote 130 and, therefore, it denies these allegations. Additionally, Paragraph 457 and all of its subparts consist entirely of legal argument.

458.    Google admits that the article cited in Footnote 131 exists. To the extent the allegations in Paragraph 458 purport to quote, paraphrase, and/or characterize that article, Google denies that Plaintiffs do so correctly. Google otherwise denies the allegations in Paragraph 458.

459.    Paragraph 459 consists entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 459.

460.    Paragraph 460 and all of its subparts consist entirely of legal argument, to which no response is required. To the extent a response is deemed required, Google denies the allegations in Paragraph 460 and all of its subparts.

461.    Google denies the allegations in Paragraph 461.

## ADDITIONAL STATEMENT

In addition to the foregoing, the following matters are incorporated into responses to each paragraph of the FAC:

A.    The FAC contains purported references to documents and third-party publications and statements that have often been excerpted, paraphrased, characterized, and otherwise taken out of context. These documents and third-party publications and statements should be considered, if at all, in context and in unmodified form, and Google respectfully directs the Court to the respective materials for their complete contents.

B.    Except as otherwise expressly stated herein, Google denies each and every allegation in the FAC, including any allegations in the preamble, unnumbered paragraphs,

subparagraphs, subparts, prayer for relief, titles, headings, subheadings, table of contents, footnotes, tables, graphs, and illustrations of the FAC, and specifically denies liability to Plaintiffs. To the extent not expressly denied, all allegations for which Google denies possessing knowledge or information sufficient to form a belief are denied.

C. Google reserves the right to seek to amend and supplement its Answer as may be appropriate or necessary.

## AFFIRMATIVE DEFENSES

Google incorporates by reference the foregoing responses to Plaintiffs' allegations and states that Plaintiffs possess no valid cause of action against Google, and cannot carry their burden of proof as to the required elements of any of their claims, including as to breach of any alleged duty, proximate causation, or the fact or amount of damages. Without undertaking or assuming any burden of proof on any issue on which Plaintiffs must carry the burden under applicable law, and without any admission as to who bears the burden, Google also asserts the following defenses:

### FIRST AFFIRMATIVE DEFENSE
### (Section 230 of the Communications Decency Act)

Plaintiffs' claims are barred, in whole or in part, by Section 230 of the Communications Decency Act, 47 U.S.C. § 230.

### SECOND AFFIRMATIVE DEFENSE
### (First Amendment)

Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs seek to impose sanctions on Google for engaging in protected activity under the First Amendment to the United States Constitution and Section 8 of the Texas Constitution.

**THIRD AFFIRMATIVE DEFENSE**
**(Lack of Standing)**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack standing to assert some or all of the causes of action alleged and to obtain some or all of the relief requested.

**FOURTH AFFIRMATIVE DEFENSE**
**(Real Party in Interest)**

Plaintiffs' claims are barred because Plaintiffs are not the real parties in interest.

**FIFTH AFFIRMATIVE DEFENSE**
**(Pre-Existing Conditions)**

The injuries and harms Plaintiffs allege, if any, were the direct result of preexisting medical conditions or idiosyncratic reactions and/or occurred by operation of nature or as a result of circumstances over which Google had and continues to have no control.

**SIXTH AFFIRMATIVE DEFENSE**
**(Failure to Join Indispensable Parties)**

Plaintiffs have failed to join necessary or indispensable parties.

**SEVENTH AFFIRMATIVE DEFENSE**
**(Third Party Fault, Generally)**

A percentage of Plaintiffs' alleged injury or loss, if proven, is attributable to (i) other parties from whom Plaintiffs seek recovery in this action, and/or (ii) persons from whom Plaintiffs do not seek recovery in this action. Plaintiffs' claims are therefore barred and/or Plaintiffs' damages must be reduced, in whole or in part, because of the contributory and/or comparative fault of other Defendants or third parties who caused or contributed to Plaintiffs' alleged injuries.

**EIGHTH AFFIRMATIVE DEFENSE**
**(Contributory and/or Comparative Fault)**

Plaintiffs' claims are barred and/or Plaintiffs' alleged damages must be reduced, in whole or in part, because Plaintiffs' damages were caused by the comparative negligence of Plaintiffs,

and/or other circumstances over which Google has no control and for which Google is not responsible and not liable. Plaintiffs are further not entitled to recovery because Plaintiffs are more than 50% at fault, and thus precluded from recovery. Tex. Civ. Prac. & Rem. Code § 33.001.

**NINTH AFFIRMATIVE DEFENSE**
**(Failure to Mitigate)**

Plaintiffs are barred from recovery to the extent of Plaintiffs' failure to avoid or mitigate harm, including but not limited to Plaintiffs' failure to cease using the services at issue; failure to seek medical or other assistance in an effort to cease using the services at issue; or failure to otherwise seek medical or other assistance in an effort to address or prevent Plaintiffs' alleged injuries or harm.

**TENTH AFFIRMATIVE DEFENSE**
**(Adequate Remedy at Law)**

Plaintiffs' equitable claims are barred, in whole or in part, because Plaintiffs have an adequate remedy at law, because Plaintiffs have no factual or legal basis for the grant of equitable relief, and because Plaintiffs' alleged equitable relief would duplicate legal remedies that are alleged.

**ELEVENTH AFFIRMATIVE DEFENSE**
**(Texas Deception Trade Practices Act Exception – Mental Anguish)**

Plaintiffs' claim under the Texas Deceptive Trade Practices Act ("TDTPA") fails, in whole or in part, the law does not apply to a claim for bodily injury or death or for the infliction of mental anguish. Tex. Bus. & C. § § 17.49(e).

**TWELFTH AFFIRMATIVE DEFENSE**
**(Reservation of Rights/Additional Defenses)**

Google hereby gives notice that it reserves the right to rely upon any other defense that may become apparent as discovery progresses in this matter and reserves its right to amend the

Answer and to assert any such defense. Google also reserves the right to amend the Answer and to assert any such defense should Plaintiffs at any time hereafter purport to raise, rely on, or otherwise seek to proceed on any claim or theory stated in the FAC that has been dismissed. Google also reserves the right to amend the Answer and to assert any such defense should Plaintiffs at any time hereafter ask the Court to award relief on the basis of Plaintiffs' prayers for other relief. Nothing stated herein constitutes a concession as to whether Plaintiffs bear the burden of proof on any issue.

## PRAYER FOR RELIEF

WHEREFORE, Defendants Google LLC and Alphabet Inc. request:

1.      That judgment be entered in favor of Google and against Plaintiffs, and that Plaintiffs' action should be dismissed in its entirety with prejudice;

2.      That Plaintiffs take nothing by way of their FAC;

3.      That Google be awarded the costs of defending against this suit, including reasonable attorneys' fees and other disbursements; and

4.      Such other and further relief as the Court shall deem just and proper.

## JURY DEMAND

Google demands a trial by jury on all issues so triable.

Dated:  December 15, 2025

Respectfully submitted,


By: /s/ *Shaun W. Hassett, with permission for Lauren Gallo White*
Michael E. Jones (State Bar No. 10929400)
Shaun W. Hassett (State Bar No. 24074372)
POTTER MINTON, Professional Corporation
102 N. College, Suite 900
Tyler, Texas
(903) 597-8311
mikejones@potterminton.com
shaunhassett@potterminton.com

Lauren Gallo White (PHV) (Lead Counsel)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower
Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (866) 974-7329
lwhite@wsgr.com

Fred A. Rowley, Jr. (PHV)
Matthew K. Donohue (PHV)
WILSON SONSINI GOODRICH & ROSATI
953 E. Third Street, Suite 100
Los Angeles, CA 90013
(323) 210-2900
fred.rowley@wsgr.com
mdonohue@wsgr.com

Attorneys for GOOGLE LLC and ALPHABET INC.