IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R., <br><br>    *Plaintiffs*, <br><br> v. <br><br> CHARACTER TECHNOLOGIES, INC., ET. AL., <br><br>    *Defendants*. | Case No. 2:24-cv-01014-JRG-RSP |

### ORDER

Before the Court is Defendant Noam Shazeer and Danial De Freitas Adiwarsana's Joint Notice Regarding Jurisdictional Discovery. **Dkt. No. 98.** In the Motion, the Parties stipulate they will meet and confer on December 22, 2025, as to the status of jurisdictional discovery in the above captioned case.

It is hereby **ORDERED** that the deadline for Defendants Noam Shazeer and Daniel De Freitas Adiwarsana to file a notice with the Court with an update on the status of the jurisdictional discovery and a proposed deadline to file an answer or other responsive pleading in this matter is extended to December 29, 2025.

**SIGNED this 16th day of December, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE