**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHARACTER TECHNOLOGIES, INC., ET. AL., <br><br> *Defendants*. | Case No. 2:24-cv-01014-JRG-RSP |

**<u>ORDER</u>**

Considering the Joint Notice Regarding Jurisdictional Discovery filed by the parties on December 29, 2025 (Dkt. No. 104),

IT IS ORDERED that jurisdictional discovery by the Individual Defendants shall be completed by February 27, 2026.  The Individual Defendants shall file an answer or other responsive pleading to the First Amended Complaint by March 13, 2026.

The Court will conduct a **telephone** status conference, to be arranged by counsel for Plaintiffs, on **March 19, 2026 at 1:30 p.m.** to determine the need for, and schedule of, any further briefing and hearing to address the pending motions to dismiss (Dkt. Nos., 33 and 38).  Counsel are directed to meet and confer in advance and file a Joint Notice by March 18 at noon setting out the positions of all parties on these issues.

**SIGNED this 5th day of January, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE