IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R.,<br><br>          Plaintiffs,<br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>          Defendants. | Case No. 2:24-CV-01014-JRG-RSP |

### JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff A.F., on behalf of J.F., and Defendants Character Technologies, Inc., Noam Shazeer, Daniel De Freitas Adiwarsana, Google LLC, and Alphabet Inc. (collectively, "the Parties") hereby file this Joint Motion to Stay All Deadlines and Notice of Settlement.

The Parties have reached an agreement in principle that would resolve all matters in controversy in the present action. As such, the Parties respectfully request a stay of all case deadlines for ninety (90) days while the Parties finalize a settlement agreement and file dismissal documents with the Court.

The Parties represent that good cause exists for the requested stay. The Parties are negotiating the terms of a final written agreement, which will involve a global resolution of this case and other similar cases. In light of the complexities of such an agreement, the Parties require additional time to finalize a settlement agreement and to remit the necessary payments for consummation of the agreement. The Parties have conferred and agreed to stay the case and all

1

pending case deadlines while the final agreement is being negotiated.  The Parties jointly move this Court for the desired relief, and no party will be prejudiced by the stay.

WHEREFORE, the Parties respectfully request that the Court enter the proposed order submitted with this motion staying all case deadlines and directing that, within ninety (90) days, the Parties file dismissal papers or a joint status report.

Dated: January 6, 2026       Respectfully submitted,


                                              */s/ Melissa R. Smith*
                                              Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

Andrew Thompson ("Tom") Gorham
Texas Bar No. 24012715
**GILLAM & SMITH, LLP**
7232 Crosswater Avenue
Tyler, Texas 75703
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: tom@gillamsmithlaw.com

Jonathan H. Blavin* (Lead Counsel)
California Bar No.230269
Victoria A. Degtyareva*
Stephanie Goldfarb Herrera*
**MUNGER,TOLLES & OLSON, LLP**
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Email: Jonathan.Blavin@mto.com
Email: Stephanie.Herrera@mto.com
Email: Victoria.Degtyareva@mto.com

*Admitted *Pro Hac Vice*

***Attorneys for Defendant***
***Character Technologies, Inc.***

3

<u>/s/ Lauren Gallo White</u>
Michael E. Jones (State Bar No. 10929400)
POTTER MINTON, Professional Corporation
201 South Lafayette
Marshall, Texas
(903) 597-8311
mikejones@potterminton.com

Lauren Gallo White* (lead counsel)
Wilson Sonsini Goodrich & Rosati
One Market Plaza, Suite 3300
San Francisco, CA 94105
(415) 947-2000
lwhite@wsgr.com

Matthew K. Donohue*
Wilson Sonsini Goodrich & Rosati
953 E. Third Street, Suite 100
Los Angeles, CA 90013
(323) 210-2900
mdonohue@wsgr.com

**Admitted Pro Hac Vice*

**Counsel for Google LLC**

<u>/s/ Isaac Chaput</u>
Jennifer Parker Ainsworth
WILSON, ROBERTSON &
VANDEVENTER, P.C.
909 ESE Loop 323, Suite 400
Tyler, TX 75701
(903) 509-5000
jainsworth@wilsonlawfirm.com

Paul W. Schmidt* (Lead Counsel)
COVINGTON & BURLING LLP
New York Times Building
820 Eighth Avenue,
New York, NY 10018-1405
(212) 841-1171
pschmidt@cov.com

Isaac D. Chaput*
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-7020
ichaput@cov.com

**Admitted Pro Hac Vice*

**Counsel for Defendant Noam Shazeer**

/s/ Andrew H. Schapiro
Andrew H. Schapiro*
QUINN EMANUEL URQUHART & SULLIVAN LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
andrewschapiro@quinnemanuel.com

Eli Pales*
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(303) 999-9065
elipales@quinnemanuel.com

*Admitted Pro Hac Vice

**Counsel for Defendant Daniel DeFreitas Adiwarsana**

/s/ *Samuel F. Baxter*
Samuel F. Baxter
sbaxter@mckoolsmith.com
Jennifer L. Truelove
jtruelove@mckoolsmith.com
MCKOOL SMITH P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
(903) 923-9000

Matthew Bergman* (Lead Counsel)
matt@socialmediavictims.org
Laura Marquez-Garrett*
laura@socialmediavictims.org
Glenn Draper
glenn@socialmediavictims.org
600 1st Avenue, Suite 102-PMB 2383
Seattle, WA 98104
(206) 741-4862

Meetali Jain*
meetali@techjusticelaw.org
TECH JUSTICE LAW PROJECT
611 Pennsylvania Ave. SE #337
Washington, DC 20003

Radu A. Lelutiu
rlelutiu@mckoolsmith.com
MCKOOL SMITH P.C.
1301 Avenue of the Americas
New York, New York 10019
(212) 402-9400

***Attorneys For Plaintiff***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on January 6, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants have met and conferred with counsel for Plaintiff, and all parties have agreed to the proposed order submitted herewith.

*/s/ Melissa R. Smith*
Melissa R. Smith
