**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R., <br><br> Plaintiffs, <br> v. <br><br> CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC., <br><br> Defendants. | Case No. 2:24-CV-01014-JRG-RSP |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement ("Motion") filed by Plaintiff A.F., on behalf of J.F., and Defendants Character Technologies, Inc., Noam Shazeer, Daniel De Freitas Adiwarsana, Google LLC, and Alphabet Inc.  Having considered the Motion, noting its joint nature, and finding good cause for the requested relief, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.  It is therefore **ORDERED** that all proceedings and deadlines in this case are **STAYED** for ninety (90) days from the date of this Order, and it is **FURTHER ORDERED** that within ninety (90) days from the date of this order, the parties shall file dismissal papers or a joint status report.