IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R.,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC.,<br><br>    Defendants. | Case No. 2:24-CV-01014-JRG-RSP |

## ORDER

Before the Court is the Parties' Joint Motion to Stay All Deadlines and Notice of Settlement. **Dkt. No. 106**. Having considered the Motion, the Court is of the opinion that the Motion should be, and hereby is, **GRANTED**.

Therefore, it is **ORDERED** that all proceedings and deadlines in this case are **STAYED** until April 10, 2026, and it is **FURTHER ORDERED** that the parties shall file dismissal papers or a joint status report by April 10, 2026.

**SIGNED this 8th day of January, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE