IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| A.F., on behalf of J.F., and A.R., on behalf of B.R., <br><br>      Plaintiffs, <br><br> v. <br><br> CHARACTER TECHNOLOGIES, INC.; NOAM SHAZEER; DANIEL DE FREITAS ADIWARSANA; GOOGLE LLC; ALPHABET INC., <br><br>      Defendants. | Case No. 2:24-CV-01014-JRG-RSP |

**ORDER**

Before the Court is the Parties' Joint Status Report filed on April 10, 2026. **Dkt. No. 110**. Considering the Report, it is **ORDERED** that all proceedings and deadlines in this case are **STAYED** until August 10, 2026, and it is **FURTHER ORDERED** that the parties shall file dismissal papers by that date.

     **SIGNED this 11th day of April, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE