# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| A.F., ON BEHALF OF J.F.,  A.R., ON BEHALF OF B.R., | § § § | |
| *Plaintiffs*, | § | Case No. 2:24-cv-01014-JRG-RSP |
| v. | § § | |
| CHARACTER TECHNOLOGIES, INC., NOAM SHAZEER, DANIEL DE FREITAS ADIWARSANA,  GOOGLE LLC, ALPHABET INC., | § § § § | |
| *Defendants*. | § | |

## <u>ORDER</u>

Before the Court is the Parties' Joint Motion to Extend Stay. **Dkt. No. 112**. Having considered the Motion, the Court is of the opinion that the Motion be, and hereby is, **GRANTED**. Therefore, it is **ORDERED** that the stay entered in the above-captioned case (Dkt. No. 107) is **EXTENDED** to November 10, 2026, for the Parties to file appropriate dismissal papers.

**SIGNED this 10th day of August, 2026.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE