**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| A.F., ON BEHALF OF J.F., A.R., ON BEHALF OF B.R.,<br>*Plaintiffs*,<br>v.<br>CHARACTER TECHNOLOGIES, INC., NOAM SHAZEER, DANIEL DE FREITAS ADIWARSANA, GOOGLE LLC, ALPHABET INC.,<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:24-cv-01014-JRG-RSP |

**ORDER**

Before the Court is Plaintiff's Notice of Dismissal. **Dkt. No. 115**. Defendants Character Technologies, Inc., Google LLC, and Alphabet Inc. have filed answers (Dkt. Nos. 101, 103). Since Rule 41(a)(1)(i) is only applicable prior to a Defendant's answer (or a summary judgment motion), the Court **DENIES** Plaintiff's Notice of Dismissal, without prejudice to filing a stipulation of dismissal or joint motion to dismiss.

**SIGNED this 15th day of October, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE